IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, ET AL., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:10CV179<br>) |
| COASTAL RESTAURANT FABRICATION, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 14, 2010. Defendant has not filed any objections to the Report and Recommendation. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that a default judgement be entered against Defendant Coastal Restaurant Fabrication, Inc. in the amount of $15,260.63. It is

FURTHER ORDERED that the Defendant is to file remittance reports, if not already filed, and make payments due within twenty (20) days of the date of this Order, for the period October 2009 through December 2009 for the National Fund, and for

all other periods for which it is obligated until the expiration of the current collective bargaining agreement and extensions thereto. It is

FURTHER ORDERED that if further action is required to enforce and collect this judgment, Plaintiff's may apply to this Court or to the court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in this judgment.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
July _16_, 2010